No. 92–1074. JOHN HANCOCK MUTUAL LIFE INSURANCE CO. v. HARRIS TRUST & SAVINGS BANK, AS TRUSTEE OF THE SPERRY MASTER RETIREMENT TRUST NO. 2. C. A. 2d Cir. [Certiorari granted, 507 U. S. 983.] Motion of the Solicitor General for leave

to participate in oral argument as *amicus curiae* and for divided argument granted.